AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BRANDON BROWN<br>and<br>LAUREN SCHNEIDER | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>SA14-406M |

Complaint for violation of Title 18, United States Code, Sections 472(a) and 1029

| NAME OF MAGISTRATE JUDGE<br>HONORABLE JAY C. GANDHI | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Santa Ana, California |
|---|---|---|
| DATE OF OFFENSE<br>October 7, 2014 | PLACE OF OFFENSE<br>Orange County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

18 U.S.C. §§ 472(a) and 1029

On or about October 7, 2014, in Costa Mesa, California, Brandon BROWN and Lauren SCHNEIDER possessed counterfeit United States currency in violation of 18 U.S.C. § 472(a) and possessed 15 or more unauthorized access devices in violation of 18 U.S.C. § 1029.

FILED
CLERK, U.S. DISTRICT COURT
NOV - 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>/s/<br><br>OFFICIAL TITLE<br>Special Agent Jason Warren – United States Secret Service |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>Jay C. Gandhi | DATE<br>November 4, 2014 |
|---|---|

[1] See Federal Rules of Criminal Procedure 3 and 54
AUSA: GWS:sia       REC: Detention

AFFIDAVIT

I, Jason Warren, the affiant, being duly sworn and under oath, hereby depose and say:

1. I am a Special Agent (SA) with the United States Secret Service (USSS) and have been so employed since June 1999. Before beginning active duty with the USSS at the Santa Ana Resident Office, I completed two separate criminal investigator training programs. These programs (Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, and the Special Agent Training Program at the James J. Rowley Training Center located in Beltsville, Maryland) both covered instruction in the investigation of violations of federal criminal law. As an agent, I have also received on-the-job training in the investigation of counterfeiting, access device fraud, identity theft, mortgage fraud, wire fraud, and bank fraud cases. This training has included interviews of suspects arrested for violations of federal laws prohibiting the manufacturing, possession and passing of counterfeit currency, as well as identifying counterfeit currency.

2. This affidavit is made in support of a criminal complaint against Brandon BROWN and Lauren SCHNEIDER for

violations of 18 U.S.C. § 472(a) (Possession of Counterfeit Currency) and 18 U.S.C. § 1029 (Possession of Unauthorized Access Devices).

3. The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and does not purport to set forth all my knowledge or investigation into this matter.

FACTS ESTABLISHING PROBABLE CAUSE

4. On October 7, 2014, Detective Jaimie Lopez from the Huntington Beach Police Department (HBPD) contacted me regarding the arrest of Brandon BROWN and Lauren SCHNEIDER for possession of unauthorized credit cards, counterfeit currency and identity theft-related documents.

5. Based on my conversation with Detective Lopez, and my review of the arrest report, I learned the following:

a. During the month of July 2014, HBPD narcotics detectives were conducting an ongoing investigation and surveillance of BROWN and SCHNEIDER for narcotics-related activities. During this ongoing surveillance of BROWN and

SCHNEIDER, HBPD detectives observed them frequenting an apartment complex located at 3400 Avenue of the Stars, Costa Mesa, California. During their investigation, HBPD detectives spoke to management at the apartment complex and learned that BROWN and SCHNEIDER had been staying as guests in apartment C223 for extended periods of time. The apartment manager also identified the current renter of the apartment as Cory Clark. HBPD detectives conducted a law enforcement query on Clark, which revealed that he is currently on formal probation for narcotics-related offenses and subject to search and seizure terms.

b. During this ongoing investigation, detectives learned that SCHNEIDER rented a hotel room at the Hyatt Hotel in Huntington Beach in her name with a fraudulently obtained credit card. Hotel video footage shows SCHNEIDER and BROWN checking into the hotel. HBPD detectives conducted a query of the credit card account number that was on the credit card bearing SCHNEIDER's name and learned that the true account holder was Gloria S. Victim Gloria S. was subsequently contacted and confirmed to be a victim of fraud.

c. HBPD detectives obtained a State search warrant for 3400 Avenue of the Stars, apartment C223, in Costa Mesa,

California, and the car that detectives saw SCHNEIDER and BROWN in during their surveillances. After obtaining the search warrant, on September 18, 2014, HBPD detectives conducted a traffic stop of SCHNEIDER'S car. A search of SCHNEIDER'S person revealed a substance that later tested positive as methamphetamine. Officers also recovered a key on both BROWN and SCHNEIDER'S key rings, which were later determined to open the front door of the apartment C223 at 3400 Avenue of the Stars in Costa Mesa. BROWN also had a key in his possession that was later found to open a case in his bedroom in apartment C223, which contained counterfeit manufacturing equipment. During the search of the car, HBPD officers also found a key that was later found to open a lockbox in BROWN and SCHNEIDER'S room at apartment C223, which contained several unauthorized credit cards.

   d.  While SCHNEIDER and BROWN were being detained, HBPD Detectives executed the State search warrant at apartment C223 at 3400 Avenue of the Stars in Costa Mesa. During the search of the apartment HBPD detectives located the following items:

- mail and other items in BROWN and SCHNEIDER'S name;
- several counterfeit $100 notes;

- several unauthorized credit cards;
- profiles containing 750 credit card numbers/victim names;
- other hand written information with various victim identifying information;
- computers, printers, photo identification printers, magnetic credit card readers, a credit card laminating machine, a scanner, and blank credit card stock; and
- washed one dollar bills.

e. HBPD detectives contacted a number of victims from the aforementioned profiles containing 750 credit card numbers/victim names. All of the victims that were contacted told HBPD Detectives that they had not authorized BROWN or SCHNEIDER to use their account numbers or personal information.

5. On November 3, 2014, I spoke with HBPD Detective Jaimie Lopez regarding some of the evidence that was recovered during the search warrant of SCHNEIDER and BROWN'S residence. In addition to the several items related to fraud, counterfeiting and identity theft, HBPD Detectives recovered a notebook on top of a table inside a spare bedroom in the apartment. According to Detective Lopez, this notebook contained several personal profiles,

credit card numbers, and what appeared to be credit card number algorithm numbering.

6. Detective Lopez reviewed the fraudulent transaction that occurred at the Hyatt Regency in Huntington Beach on July 28, 2014. Surveillance video shows SCHNEIDER exit her car, a 2004 BMW, License # 7#LZ588, registered owner Lauren Nicole SCHNEIDER, in the parking area for the hotel. SCHNEIDER then walked to the front desk and provided what appeared to be a driver's license, and checked into room 3423 as Nicole SCHNEIDER. SCHNEIDER met with BROWN and they both entered the hotel room. Detective Lopez's investigation revealed that the room had been booked by fraudulent means, using a Wells Fargo Visa Card (#xxxxxxxxxxxx4589) belonging to victim Gloria S. I reviewed a notebook (H-10) recovered during the search of apartment C223. I noted several profiles and credit card numbers. On one of the pages I found the following writing: "xxxxxxxxxxxx6458 WF PLAT 481 11/14 95361." The first set of numbers is the account number for the card used by SCHNEIDER at the Hyatt Regency on July 28, 2014. According to Detective Lopez, WF meant Wells Fargo, PLAT meant Platinum Card, 481 was CVV number on card, 11/14 was expiration date, and 95361 was the

victim's zip code. I know from my training and experience that this information is generally needed to make purchases with a credit card number.

7. Based upon my training and experience, and on the facts set forth in this affidavit, I believe there is probable cause to believe that Brandon BROWN and Lauren SCHNEIDER violated 18 U.S.C. § 472(a) (possession of counterfeit currency) and § 1029 (Possession of 15 or More Unauthorized Access Devices).

8. I declare under the penalty of perjury that the foregoing is true and correct.

/s/
Jason Warren
Special Agent
U.S. Secret Service

Sworn to and subscribed before me
This 4 day of November, 2014

Jay C. Gandhi

HON. JAY C. GANDHI
United States Magistrate Judge