# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:14-CR-00191-DOC          Recorder: CS 12/08/2014          Date: 12/08/2014

Present: The Honorable Douglas F. McCormick, U.S. Magistrate Judge

Court Clerk: Terri Steele          Assistant U.S. Attorney: Lawrence Kole

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2. LAUREN SCHNEIDER<br>    Bond | Katherine Corrigan, CJA<br>    Appt. | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge David O. Carter.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial January 13, 2015, at 8:30 a.m.
    Status Conference December 29, 2014, at 8:30 a.m.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 3-4 days.

PIA: 00 : 05
Initials of Deputy Clerk: ts

cc: Statistics Clerk, PSALA CJA Supv Attorney, PSASA, USMSA